**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**YELLOW PAGES PHOTOS, INC.,**

    **Plaintiff,**

v.                                      **Case No. 8:08-cv-930-T-23EAJ**

**YELLOW BOOK USA, INC. and
PINDAR SET INC.**

    **Defendants.**
_____/

**MEDIATION REPORT**

In accordance with the Court's mediation order, a mediation conference was held on October 9, 2009. Plaintiff's corporate representative and trial counsel and Defendants' corporate representative and trial counsel attended and participated. Each representative possessed the requisite settlement authority.

<u>The case has been completely settled.</u>

Done October 12, 2009 in Tampa, Florida.

                                          Respectfully submitted,

                                          <u>/s/ Peter J. Grilli</u>
                                          Peter J. Grilli, Esq.
                                          Florida Bar No. 237851
                                          Mediator
                                          3001 West Azeele Street
                                          Tampa, Florida 33609
                                          813.874.1002   Fax: 813.874.1131
                                          email: meditr@aol.com

I HEREBY CERTIFY that October 12, 2009 I electronically filed the foregoing document with the United States District Court, 801 North Florida Avenue, Tampa, Florida 33602 which will electronically send copies to:

| | |
|---|---|
| Robert E. Bilik, Esquire | John T. Timmerman, Esquire |
| Jeffrey S. York, Esquire | Jason P. Stearns, Esquire |
| Nancy A.B. Benton, Esquire | Mindi M. Richter, Esquire |
| Grant D. Goldenberg, Esquire | |

/s/ Peter J. Grilli
Peter J. Grilli, Esq.