IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YELLOW PAGES PHOTOS, INC.,

    Plaintiff,

vs.

CASE NO.: 8:08-cv-00930-SDM-EAJ

YELLOW BOOK USA, INC. and
PINDAR SET INC.,

    Defendants.

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOTICE IS HEREBY given that Plaintiff Yellow Pages Photos, Inc. and Defendants Yellow Book USA, Inc. and Pindar Set Inc. (collectively, the "Parties") hereby stipulate to the dismissal of all claims in this action with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure with all Parties to bear their own respective costs and attorney's fees related thereto.

| | |
|---|---|
| SHUMAKER, LOOP & KENDRICK, LLP | McGUIREWOODS LLP |
| By: /s/J. Todd Timmerman | By: /s/Jeffrey S. York |
| J. Todd Timmerman | R. Eric Bilik |
| Florida Bar No. 0956058 | Florida Bar No. 0987840 |
| Mindi M. Richter | Jeffrey S. York |
| Florida Bar No. 0044827 | Florida Bar No. 0987069 |
| 101 E. Kennedy Boulevard, Suite 2800 | Nancy Beyer Benton |
| Tampa, Fl 33602 | Florida Bar No. 0059688 |
| (813) 229-7600 | 50 N. Laura Street, Suite 3300 |
| (813) 229-1660 (fax) | Jacksonville, FL 32202 |
| ttimmerman@slk-law.com | (904) 798-3200 |
| mrichter@slk-law.com | (904) 360-6330 (fax) |
| | ebilik@mcguirewoods.com |
| ATTORNEYS AND TRIAL COUNSEL FOR PLAINTIFF YELLOW PAGES PHOTOS, INC. | jyork@mcguirewoods.com |
| | nbenton@mcguirewoods.com |
| | ATTORNEYS AND TRIAL COUNSEL FOR DEFENDANTS YELLOW BOOK USA, INC. AND PINDAR SET INC. |